# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1020
_____

WILLIE C. FORD JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


November 28, 2023


PER CURIAM.

DISMISSED as moot.

ROBERTS, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Willie C. Ford Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.